IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DMITRY FASOLYAK | : | |
| Plaintiff, | : | |
| v. | : | Case Number 1:06cv01126 |
| THE CRADLE SOCIETY, INC. | : | Judge Richard W. Roberts |
| Defendant. | : | Deck Type: Contract |

**MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

COMES NOW Defendant, The Cradle Society, Inc., by and through its attorneys, Robert P. Lynch and Macleay, Lynch, Gregg & Lynch, P.C., and hereby requests this Honorable Court permit it to extend the time for it to file a responsive pleading to Plaintiff's Complaint, and in support thereof states as follows:

1. On or about June 21, 2006, Plaintiff filed a 26-page Complaint, alleging seven causes of action against Defendant.

2. Defendant was served with the Summons and Complaint on June 29, 2006. Defendant's responsive pleading would therefore be due on July 19. 2006.

3. Undersigned counsel was retained by Defendant's insurer on July 14, 2006.

4. Counsel needs additional time to review the allegations in the Complaint and confer with his client in order to properly formulate a responsive pleading.

5. The undersigned has attempted to contact Plaintiff's counsel to determine whether Plaintiff consents to the relief requested, but has been unsuccessful.

6. No party will be prejudiced by the requested relief.

WHEREFORE, Defendant The Cradle Society, Inc., hereby respectfully requests this Honorable Court enter an Order extending the time to file a responsive pleading to Plaintiff's Complaint until August 2, 2006.

        MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: _____/s/_____
     Robert P. Lynch #416824
     1629 K Street, N.W.
     Suite 802
     Washington, DC 20006
     (202) 785-0123
     (202) 393-3390 (fax)
     *Counsel for Defendant,*
     *The Cradle Society, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered by electronic mail and U.S. mail, postage prepaid, this 18th day of July, 2006, to:

John D. Quinn, Esq.
910 16th Street, N.W., Suite 500
Washington, D.C. 20006
*Counsel for Plaintiff*

_____/s/_____
Robert P. Lynch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DMITRY FASOLYAK | : | |
| Plaintiff, | : | |
| v. | : | Case Number 1:06cv01126 |
| THE CRADLE SOCIETY, INC. | : | Judge Richard W. Roberts |

### ORDER

Upon consideration of Defendant's Motion to Extend Time to File Responsive Pleading, it is hereby

ORDERED that the same is hereby GRANTED; and it is further

ORDERED that Defendant The Cradle Society, Inc. is granted leave to file a responsive pleading until August 2, 2006.

_____
Judge

Copies to:

Robert P. Lynch, Esq.
1629 K Street, N.W., Suite 802
Washington, D.C. 20006

John D. Quinn, Esq.
910 16th Street, N.W., Suite 500
Washington, D.C. 20006