IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DMITRY FASOLYAK | : | |
| Plaintiff, | : | |
| v. | : | Case Number 1:06cv01126 |
| THE CRADLE SOCIETY, INC. | : | Judge Richard W. Roberts |
| Defendant. | : | Deck Type: Contract |

**PRAECIPE REGARDING DEFENDAN'T MOTION
TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

The parties, through counsel, have conferred and have agreed that the Plaintiff will consent to the Defendant's previously-filed Motion to Extend Time to File Responsive Pleading, and further state as follows:

1. Counsel for Plaintiff and counsel for Defendant have conferred and agreed that Defendant's response to Plaintiff's Complaint may be filed on or before August 2, 2006.

2. Accordingly, the parties request that Defendant's previously-filed Motion to Extend Time to File Responsive Pleading be treated as a consent motion.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By: _____/s/_____
Robert P. Lynch #416824
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
*Counsel for Defendant,
The Cradle Society, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was delivered by electronic mail and U.S. mail, postage prepaid, this 24th day of July, 2006, to:

    John D. Quinn, Esq.
    910 16th Street, N.W., Suite 500
    Washington, D.C. 20006
    *Counsel for Plaintiff*

                                                        _____/s/_____
                                                             Robert P. Lynch