IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| DMITRY FASOLYAK, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AW-06-622 |
| THE CRADLE SOCIETY, INC., | * | |
| Defendant. | * | |

*****

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, dated June 14, 2006, it is this <u>14th</u> day of June 2006, in the United States District Court for the District of Maryland

**ORDERED:**

1. That Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [3] BE, and hereby IS, **GRANTED**;

2. That, absent indication from the Plaintiff within <u>10 days</u> that he wishes to have this suit dismissed, this case BE, and the same hereby IS, **TRANSFERRED** to the United States District Court for the Northern District of Illinois;

3. That the Clerk of the Court **CLOSE** this case; AND

4. That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

                                                                  /s/
                                           Alexander Williams, Jr.
                                           United States District Judge

