IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DMITRY FASOLYAK, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. AW-06-622 |
| THE CRADLE SOCIETY, INC., | * |
| Defendant. | * |

\*\*\*\*\*

### ORDER

On June 14, 2006, this Court issued an order, finding that the Court lacks personal jurisdiction over Defendant in this matter and entering a provisional transfer order. This Court has been informed subsequently that Plaintiff does not wish to have this case transferred to the Northern District of Illinois. Therefore, IT IS this 19th day of June 2006, in the United States District Court for the District of Maryland **ORDERED**:

1. That this case BE, and hereby IS, **DISMISSED** for lack of personal jurisdiction; AND

2. That the Clerk of the Court transmit a copy of this Order to all counsel and parties of record.

/s/
Alexander Williams, Jr.
United States District Judge

