# EXHIBIT 1

# AFFIDAVIT OF DMITRY FASOLYAK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DMITRY FASOLYAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. AW 06 CV 00622 |
| | ) | |
| THE CRADLE SOCIETY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF DMITRY FASOLYAK

DMITRY FASOLYAK deposes and says:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit voluntarily on the basis of my personal knowledge.

2. I reside and maintain my principal place of business in the United States of America at 11711 Lake Potomac Drive, Potomac, Maryland 20854 and am the managing member of DM Consulting Group, LLC, a Maryland limited liability company.

3. In early 2004, I personally signed a contract with The Cradle Society, Inc. of Evanston, Illinois ("The Cradle Society"). The purpose of that contract ("Contract") was to formalize the business relationship between The Cradle Society and me.

4. The business relationship itself began long before 2004 and related to the provision of international adoption services and the creation, management, operation, and supervision of The Cradle Society's Russian adoption program.

5. Between 2000 and 2006, I had multiple meetings with officers and employees of The Cradle Society. Many of these meetings occurred in Washington, D.C. The purpose of the meetings was to discuss the terms and to advance the purpose of the Contract and the business relationship between me and The Cradle Society.

6. Among the officers and employees of The Cradle Society whom I met in Washington, D.C. were:

    (1) Ms. Linda Hageman, Vice-President and Executive Director of Adoption Services of The Cradle Society;

    (2) Mr. Michael Phenner, Esquire, who, on information and belief, was then a member and possibly the Chairman of the Board of Directors of The Cradle Society; and

    (3) Ms. Anne Shmidt, then an employee of The Cradle Society.

7. I also had meetings in Washington, D.C. with several Russian regional coordinators of The Cradle Society, when they visited the United States. The regional coordinators are Russian employees of The Cradle Society. More specifically, in each of 2003, 2004, 2005, and 2006, I met in Maryland *and* in the District of Columbia with Mr. Alexander Sukharev. Mr. Sukharev is The Cradle Society's regional coordinator for the Republic of Udmurtia and the Ivanovo Oblast', both of which are constituent parts of the Russian Federation. In 2005, I met in Maryland *and* in Washington, D.C. with Ms. Svetlana Tsyplyakova, The Cradle Society's regional coordinator for Kraskoyarsky Kray, another constituent part of the Russian Federation. During the meetings, the business of The Cradle Society was regularly discussed.

8. Mr. Randy Bregman, Esquire, Partner at the law firm of Salans, was counsel to The Cradle Society. I had at least one meeting with Mr. Bregman in Washington, D.C., at Mr. Bregman's offices at 1330 Connecticut Avenue, N.W., Washington, D.C. 20036. This occurred in or around December of 2005. Ms. Linda Hageman of The Cradle Society was also present at that meeting.

9. In order to carry out its adoption work in the Russian Federation, The Cradle Society had to obtain Russian government accreditation. I assisted The Cradle Society in obtaining that necessary accreditation. To help The Cradle Society obtain that accreditation, I, and persons working under my direction and supervision, had to make visits to and perform activities at the Embassy of the Russian Federation in Washington, D.C. and to meet with officials of the Russian government. Some of my meetings with Russian government officials occurred in Washington, D.C.

10. Thus, in or around July of 2001, I had a meeting in Washington, D.C. with Ms. Yelena Chepournykh, Deputy Minister of Education of the Russian Federation. In or around September of 2001, I met in Washington, D.C. with Ms. Galina Trostanetskaya, also of the Ministry of Education. In or around February of 2002, I again met with Ms. Chepournykh, this time on Capitol Hill. During the meetings, the business and the accreditation of The Cradle Society were discussed. In 2002, The Cradle Society was accredited.

11. In 2004, I had meetings in Washington, D.C. with Russian regional officials. During the meetings, the business of The Cradle Society and its Russian program were routinely discussed.

12. In the fall of 2005, I had a meeting with Russian officials on 16th Street, N.W. in Washington, D.C. to discuss, among other things, the business of The Cradle Society in Russia.

13. In 2003, U.S. Senator from Idaho, Mr. Larry Craig traveled to Russia. I actively participated in and helped make arrangements for his visit. One purpose of those activities, some of which occurred in Washington, D.C., was to advance and promote the interests of The Cradle Society in Russia.

14. In spring of 2003, Ms. Linda Hageman and Ms. Anne Shmidt of The Cradle Society came to meet with me – and did meet with me – in Washington, D.C., specifically to discuss the business of The Cradle Society in Russia and Cradle's Russian program.

15. In or around September of 2003, I had a meeting with Mr. Michael Phenner, Esquire, and Ms. Anne Shmidt, both then of The Cradle Society, specifically to discuss the business of The Cradle Society. The meeting occurred in Georgetown, at the Washington Harbor.

16. Representatives of The Cradle Society regularly come to Washington, D.C. for events of the Congressional Coalition on Adoption Institute (CCAI), including the Angels in Adoption Program events held each September. I attended the 2003 and 2005 Angels in Adoption events and each time met with representatives of The Cradle Society. In this regard, I and The Cradle Society also had occasional meetings in Washington, D.C. with Kerry Marks Hasenbalg, Congressional Fellow.

17. The Cradle Society is a member of the Joint Council on International Children's Services (JCICS). In April of 2003, I met with representatives of The Cradle Society at a JCICS conference in a Hyatt hotel, on M Street, N.W. in Washington, D.C.

18. All prospective U.S. adoptive families intending to adopt a child from the Russian Federation must make at least two trips to the Russian Federation. To travel to the Russian Federation, U.S. citizens require a Russian visa. The Russian visa is issued by the Russian Consulate. The Russian Consulate has several offices in the United States and each office has its own territorial jurisdiction. The office with jurisdiction over visa applications from Illinois (most of The Cradle Society's adoption cases originate in that state) is located at 2641 Tunlaw Road, N.W. in Washington, D.C.

19. As part of my duties under the Contract, I helped U.S. adoptive families obtain their Russian visas. To achieve that, I and persons paid by me or by my company, DM Consulting Group, LLC, and working under my direction and supervision, maintained regular contacts with the Russian Consulate in Washington, D.C. and made frequent trips to the Russian Consulate to meet – in Washington, D.C. – with Russian consular officers and process the required documents

20. I and persons paid by me or by my company, DM Consulting Group, LLC, and working under my direction and supervision regularly assisted officers and employees of The Cradle Society in obtaining visas to travel to the Russian Federation. This required me and/or persons working under my direction and supervision to travel to the Russian Consulate in the District of Columbia.

21. Once an adoption is completed, each child adopted from the Russian Federation must be registered with the Russian Consulate. This is a requirement of Russian law and a necessary condition of every Russian adoption by U.S. citizens. My duties under the Contract included registration of children adopted from the Russian Federation with the Russian Consulate in Washington, D.C. To perform those duties, I and persons paid by me or by my company, DM Consulting Group, LLC, and working under my direction and supervision traveled to and from Washington, D.C. to obtain and submit the required documents, to meet with Russian consular officers, and to perform the required registrations.

22. Between 2002 and the date hereof, I and persons working under my direction and supervision made hundreds of such trips to Washington, D.C. to process and obtain documents and submit registrations for and on behalf of The Cradle Society.

23. On information and belief, and based on The Cradle Society's 2005 annual report, in 2005, The Cradle Society completed approximately 210 adoptions. Of them, 62, or over 25 percent, occurred through The Cradle Society's Russian program. Said adoptions, therefore, represent a significant share of The Cradle's Society's total adoption business.

I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

/s/
Dmitry Fasolyak

Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

/s/