# EXHIBIT 2

# RUSSIAN EMBASSY WEBSITE EXCERPT

## Contacting the Russian Consulate

The Russian Federation maintains Consular Offices in four locations in the U.S., with each having its own jurisdiction. To contact your local Russian Consulate, click on the map or state code below.



|AK|AL|AR|AZ|CA|CO|CT|DC|DE|FL|GA|HI|ID|
|IL|IN|IO|KS|KY|LA|MA|MD|ME|MI|MN|MO|MS|
|MT|NC|ND|NE|NH|NJ|NM|NV|NY|OH|OK|OR|
|PA|RI|SC|SD|TN|TX|UT|VA|VT|WA|WI|WV|WY|

### THE CONSULAR DIVISION OF THE EMBASSY OF THE RUSSIAN FEDERATION IN WASHINGTON, D.C.

- **Address:** 2641 Tunlaw Road, N.W., Washington, D.C. 20007
- **Telephone:** (202) 939-8907, 939-8913, 939-8918, 939-8911 (Monday-Friday 9:00 a.m.-12:30 p.m. and 2:30 p.m.- 6:00 p.m.)
- **Fax:** (202) 483-7579
- **Office hours:** Monday - Friday 9:00 a.m.-12:30 p.m. and 2:30 p.m.-6:00 p.m.
- **Open to public:** Monday - Friday 9:00 a.m.-12:30 p.m.
- **Head of the Consular Division:** Vadim V. Saveliev
- **Jurisdiction:** Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Maryland, Michigan, Ohio, North Carolina, Tennessee, South Carolina, Virginia and West Virginia.