EXHIBIT 3

- LETTER TO JOHN D. QUINN FROM MICHAEL B. MANN DATED JUNE 5, 2006

- LETTER TO JOHN D. QUINN FROM MICHAEL B. MANN DATED JUNE 13, 2006

MICHAEL B. MANN<br>
ATTORNEY AT LAW<br>
SUITE 600<br>
MERCANTILE-TOWSON BUILDING<br>
409 WASHINGTON AVENUE<br>
TOWSON, MARYLAND 21204-4903<br>
<br>
PHONE 410-296-6826<br>
FAX 410-825-1805

VIA TELEFAX - 1 PAGES
Original by mail

June 5, 2006

John D. Quinn, Esquire
910 16" Street, NW, #500
Washington, DC   20006

    Re:  Fasolyak v. The Cradle
    Our File:  1280-52A

Dear Mr. Quinn:

It is my understanding from my clients that the passport for the Epitropolous adoption is now at the offices of DM Consulting. It is also my client's understanding that the passport has not been registered as required with the Russian Consulate.

In light of your client's failure to follow through to date, and the approaching deadline for providing proof of registration in the region in Russia, my client insists that the passport be forwarded immediately to The Cradle Society office in Illinois so that they can immediately perform the necessary registration to complete this adoption. Please confirm at this time that that will be done by your client.

In addition, with regard to your letter of May 31, 2006, my client would need to have an itemized list of the extra expenses which Mr. Fasolyak has incurred or will incur on the Ripp adoption, prior to considering providing your client with the written commitment he is requesting.

In the same way, please provide an itemized list of the expenses your client has paid in the French, Werner and Porter adoptions, including the amount, the person to whom the expense was paid, and the date on which the expense was paid.

I will wait to hear from you in this regard.

                      Very truly yours,

                      Michael B. Mann

MBM/jm

MICHAEL B. MANN
ATTORNEY AT LAW
SUITE 600
MERCANTILE-TOWSON BUILDING
409 WASHINGTON AVENUE
TOWSON, MARYLAND 21204-4905

PHONE 410-296-6826
FAX 410-825-1805

VIA TELEFAX - | Pages
Original by Mail

June 13, 2006

John D. Quinn, Esquire
Sale & Quinn
910 16th Street, NW #500
Washington, DC  20006

Re:  Fasolyak v. The Cradle Society

Dear Mr. Quinn:

This letter will confirm the fact that I have telephoned you and left messages several times in the past two days concerning the continued delay by your client not forwarding the passport for Epitropolous.

As I have stated previously by letter, the failure to return the proof of registration to the region in Russia by the June 16th deadline will almost certainly cause serious harm to those involved, including The Cradle Society, the child being adopted and the adoptive family. The Cradle Society intends to hold Mr. Fasolyak responsible for any such harm caused by his delay.

I will wait to hear from you immediately concerning this matter.

Very truly yours,

Michael B. Mann

MBM/jm