EXHIBIT 5

AFFIDAVIT OF LINDA HAGEMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DMITRY FASOLYAK                         *

    Plaintiff

v.                                      *    CIVIL NO.

THE CRADLE SOCIETY, INC.

    Defendant                         *    AW 06 CV 0622

        * * * * * * * * * * * *

### AFFIDAVIT

    I, Linda Hageman, am over the age of 18 years and am competent to testify to the matters set forth herein, and have personal knowledge thereof, and state as follows:

    1. I have been employed by The Cradle Society, Inc. since 1989, and I have been the Vice-President and Executive Director of Adoption Services since May, 1993.

    2. To the best of my information, knowledge and belief, Alexander Sukharev is a person who resides in Russia, and whose activities with regard to the parties in this action were conducted in Russia. The only reason that adoptive families were directed to make checks payable to Alexander Sukharev in Maryland is that the Plaintiff, Dmitry Fasolyak, instructed the Defendant to have the payments made in this manner.

    3. To the best of my information, knowledge and belief, the meetings between Dmitry Fasolyak and representatives of The Cradle Society were not conducted in Maryland. All such meetings known to me were conducted in the District of Columbia.

4. To the best of my information, knowledge and belief, the film director, Svetlana Pridovskaya, was not hired or retained by the defendant, and, in fact, any activities of the film director which involved The Cradle Society, were conducted in Illinois, not in Maryland. The film which was made by Svetlana Pridovskaya was to be shown in Russia with regard to the adoption process being conducted in the United States of America.

I DO SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the foregoing facts are true and correct based upon my personal knowledge.

May 15 2006
Date

Linda Hagans
Linda Hagans