IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DMITRY FASOLYAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. AW 06 CV 00622 |
| | ) | |
| THE CRADLE SOCIETY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF DMITRY FASOLYAK**

DMITRY FASOLYAK deposes and says:

1. I am over eighteen years of age and am competent to testify as to the matters set forth herein. I make this affidavit voluntarily on the basis of my personal knowledge.

2. I am a resident of the State of Maryland. My address is 11711 Lake Potomac Drive, Potomac, Maryland 20854. I have resided at that address since at least 2003.

3. I am the managing member of DM Consulting Group, LLC.

4. DM Consulting Group, LLC is a Maryland limited liability company.

5. The offices of DM Consulting Group, LLC are located at the registered address of DM Consulting Group, LLC: 5541 Nicholson Lane, Suite 304, Rockville, Maryland 20852.

6. I have been the managing member of DM Consulting Group, LLC since its organization in 2004.

1



7. All members of DM Consulting Group, LLC are residents of the State of Maryland.

8. I maintain my principal places of business at 11711 Lake Potomac Drive, Potomac, Maryland 20854, and 5541 Nicholson Lane, Suite 304, Rockville, Maryland 20852.

9. In 2003, I had numerous contacts with employees and representatives of The Cradle Society, Inc. of Evanston, Illinois, ("The Cradle Society") relating to the establishment and organization of The Cradle Society's Russian adoptions program ("Russian Program").

10. Employees and representatives of The Cradle Society frequently called me in Maryland and sent correspondence and electronic mail messages to me in Maryland. I, in turn, frequently called representatives and employees of The Cradle Society from Maryland and sent them correspondence from Maryland. The employees and representatives of The Cradle Society knew that they were contacting me in Maryland and were being contacted by me from Maryland.

11. The Cradle Society asked me to help it set up its Russian Program, and I performed numerous activities aimed at setting up, promoting, managing, and coordinating The Cradle Society's Russian Program and monitoring and supervising work on The Cradle Society's adoption cases in Russia. I performed a significant portion of those activities from Maryland, making calls, giving instructions and advice, and sending correspondence, documents, and files to parties and contacts in the Russian Federation and the United States of America from Maryland. When I did have to travel to the Russian Federation in connection

2

with those activities, I ordinarily did so from Maryland. Employees and representatives of The Cradle Society knew that I was performing many of those activities from Maryland, encouraged me to perform those activities, and cooperated with me as I performed those activities.

12. In 2004, I and The Cradle Society executed a formal agreement concerning my services to The Cradle Society ("Agreement"). The memorandum of the Agreement was prepared by The Cradle Society and sent to me in Maryland. I reviewed that memorandum in Maryland and discussed it with employees and representatives of The Cradle Society over the telephone from Maryland. I made no changes to the memorandum of the Agreement received from The Cradle Society, signed it in Maryland, and sent it back to The Cradle Society from Maryland.

13. It was known that I reside in Maryland and it was known, understood, and anticipated that I and persons working under my direction would perform many of the services pursuant to the Agreement in and from Maryland.

14. Before and after the Agreement was executed, The Cradle Society sent me checks, electronic messages, business papers, correspondence, and, occasionally, adoption files to my residential address in Maryland and to the address of DM Consulting Group, LLC in Maryland,

15. Employees and representatives of The Cradle Society, including senior managers of The Cradle Society, regularly and frequently communicated with me in Maryland regarding the Russian Program and our relationship, placing telephone

calls and sending faxes and electronic mail messages to me in Maryland, and receiving calls, faxes, and electronic mail messages from me in Maryland.

16. On several occasions, I met with employees and representatives of The Cradle Society in Maryland to discuss our business and business relationship, and The Cradle Society's Russian Program.

17. I coordinated, monitored, and supervised many of the Russian Program activities from my offices in Maryland. Instructions to The Cradle Society's staff in the Russian Federation were regularly given from Maryland and files were occasionally received and processed in and from Maryland.

18. A substantial portion of the activities aimed at promoting the Russian Program in the Russian Federation also occurred in Maryland. Thus, Mrs. Svetlana Prudovskaya, a film director who resides in Montgomery County, Maryland, was hired to prepare video materials to aid the Russian Program. On information and belief, a substantial portion of those video materials was prepared and processed in Maryland.

19. Numerous payments related to the Russian Program were sent to me and to the persons specified by me in Maryland, including the two checks that I received after April 13, 2006.

20. In early 2006, The Cradle Society sent invoices for the expenses of its Moscow office to DM Consulting Group, LLC at my residential address in Maryland. As the amounts appeared clearly excessive, I demanded an explanation, but have not been given one.

I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

/s/
Dmitry Fasolyak

Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

/s/
Dmitri A. Chernov