IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DMITRY FASOLYAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06 cv1126 |
| | ) | Judge Richard W. Roberts |
| | ) | |
| THE CRADLE SOCIETY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENT TO MEMORANDA OF LAW
IN OPPOSITION TO MOTION TO DISMISS**

Plaintiff Dmitry Fasolyak ("Fasolyak" or "plaintiff"), by and through the undersigned counsel, submits this supplement to his memorandum of law in opposition to the Motion to Dismiss of defendant The Cradle Society, Inc., ("Cradle" or "defendant") and states as follows:

The purpose of this supplement to plaintiff's memorandum of law in opposition to defendant's Motion to Dismiss is to apprise the Court of recent developments in a related case. In his memorandum of law, Fasolyak advised the Court that Cradle had filed an action against him in the Circuit Court for Cook County Illinois, *Cradle Society v. Dmitry Fasolyak, Case No. 06006526.* The Illinois case relates to the same subject matter as the present action but is significantly narrower in scope. Fasolyak's action in this Court was filed first, and Fasolyak filed a motion to dismiss the Illinois state court action on the grounds that the claim can only be filed as a compulsory counterclaim to the present action. At a hearing on September 20, 2006, Judge McNamara of the Circuit Court for Cook County, Illinois indicated that she would defer a ruling on Fasolyak's motion to dismiss "so the court in Washington, D.C. may first rule on the pending motion to dismiss in that case." A copy of that ruling is attached as Exhibit 1.

Respectfully submitted,


_____/s/_____
John D. Quinn, Esq.
Bar No. 267302
SALE & QUINN, P.C.
910 16th Street, N.W.
Suite 500
Washington, D.C. 20006
Telephone: (202) 833-4170
Fax: (202) 887-5137
E-mail: JDQCSQ@aol.com

Dmitri A. Chernov, Esq.
Bar No. 482894
Three Bethesda Metro Center
Suite 910
Bethesda, MD 20814
Telephone: (240) 447-8625
Fax: (301) 907-7790
E-mail: Dchernov@aol.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically on this 29th day of September, 2006, on:

>  Robert P. Lynch, Esq.
>  MacLeay, Lynch, Gregg & Lynch, P.C.
>  Suite 802
>  1629 K Street, N.W.
>  Washington, DC  20006

_____/s/_____
John D. Quinn