Order            CCG N002-300M-2/24/05 (        )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cradle Society

v.

Dmitry Fasolyak

No. 06006526

### ORDER

This matter coming up on Defendants' Motion To Dismiss Complaint, all parties being present and the Court being advised in the premises, it is hereby ordered.

This Motion To Dismiss is entered and continued to November 28 at 9:45 a.m. so that the Court in Washington D.C. may first rule on the pending Motion To Dismiss in that case.

Atty. No.: 02102560
Name: R. OLIVER
Atty. for: DEFENDANT
Address: 131 S. DEARBORN STE 1800
City/State/Zip: CHICAGO, IL 60603
Telephone: 312-324-8400

ENTERED:
Dated: _____

ENTERED
JUDGE PADDY H. McNAMARA - 0236
SEP 20 2006
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**