# EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| THE CRADLE SOCIETY, | No. 06 L 006526 |
| Plaintiff, | |
| v. | Honorable Barbara A. McDonald |
| DMITRY FASOLYAK, | |
| Defendant. | |

## AGREED ORDER

This matter, coming up for hearing on Defendant Dmitry Fasolyak's Motion to Dismiss, which was previously filed and set for hearing, all parties agreeing hereto, and the Court being advised in the premises, it is hereby ORDERED:

1. The date previously set for hearing, January 17, 2007, shall be stricken; and

2. The matter shall be continued to March 6, 2007, atd 10:15 in Room 2401, so that the court in Washington, D.C. may first rule on the pending Motion to Dismiss in that case.

_____
Judge Barbara A. McDonald

Prepared by:

Roseann Oliver
PERKINS COIE LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
(312) 324-8400 -- telephone
(312) 324-9400 -- facsimile
Firm I.D. No.: 39225

JUDGE BARBARA A. McDONALD

JAN 10 2007

Circuit Court-1693

62505-0001/LEGAL12952909.1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| THE CRADLE SOCIETY,<br><br>                   Plaintiff,<br>v.<br><br>DMITRY FASOLYAK,<br><br>                   Defendant. | No. 06 L 006526<br><br>Honorable Paddy H. McNamara |

## AGREED ORDER

This matter, coming up for hearing on Defendant Dmitry Fasolyak's Motion to Dismiss, which was previously filed and set for hearing, all parties agreeing hereto, and the Court being advised in the premises, it is hereby ORDERED:

1. The date previously set for hearing, November 28, 2006, shall be stricken; and

2. The matter shall be continued to January 17, 2007 at 9:45 a.m., so that the court in Washington, D.C. may first rule on the pending Motion to Dismiss in that case.

                                                                         Judge Paddy H. McNamara

Prepared by:

Roseann Oliver
PERKINS COIE LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
(312) 324-8400 -- telephone
(312) 324-9400 -- facsimile
Firm I.D. No.: 39225

ENTERED
NOV 20 2006

[ /Document1]

Order                                        CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cradle Society

v.                                    No. 06006526

Dmitry Fasolyak

### ORDER

This matter coming up on Defendants' Motion To Dismiss Complaint, all parties being present and the Court being advised in the premises, it is hereby ordered.

This Motion To Dismiss is entered and continued to November 28 at 9:45 a.m. so that the Court in Washington D.C. may first rule on the pending Motion To Dismiss in that case.

Atty. No.: 02102560
Name: R. OLIVER
Atty. for: DEFENDANT
Address: 131 S. DEARBORN STE 1800
City/State/Zip: CHICAGO, IL 60602
Telephone: 312-324-8400

ENTERED:

Dated:

ENTERED
JUDGE PADDY H. McNAMARA-0236
SEP 20 2006
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge                                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**