# EXHIBIT "C"

**Appendix A – Request for Production of Documents and Materials**

DEFINITIONS

As used herein:

"Document" means any tangible source of information, including but not limited to: (1) the original and non-identical copies (whether different from the original because of handwritten notes or underlining made thereon, attachments affixed thereto, or otherwise) or drafts thereof of any handwritten, typewritten, printed, recorded, or graphic matter, however produced or reproduced, including, but not limited to, charts, files; computer data and/or tapes, files, and disks; reports, memoranda, notes, minutes; letters, e-mails, and other correspondence; testimony, summaries, abstracts, studies, surveys, graphs, statistics, tables, forms, work papers, logs, indexes, contracts, licenses, pleadings, transcripts, printouts, accountings statements and documents, books of record, journals, diaries, reports, summaries, opinions, lists, maps, surveys, notes. and drafts; and (2) any mechanical, magnetic, electronic, or other recordings of any voice, sound, image, or data, including, but not limited to, photographs, microfilms, and other data compilations in your possession, custody, or control, wherever located.

"And" and "or" mean and/or.

"Person" means any individual or legal entity.

"Communication" means any exchange or transmission of words or ideas to another person or entity, including, without limitation, conversations, discussions, letters, memoranda, meetings, notes, speeches, or other transfer of information, whether in writing, orally, or by other means, whether directly or indirectly, formally or informally, and includes any document which abstracts, digests, transcribes, or records any such communication.

"Relate" or "relating to" means, without limitation, comprising, containing, setting forth, showing, disclosing, constituting, comprising, describing, explaining, summarizing, concerning, or referring to, be it directly or indirectly.

Use of the singular shall be deemed to include the plural and use of the masculine shall be deemed to include the feminine, as appropriate, and vice versa.

## REQUESTS

You are requested to produce the documents and materials listed hereinbelow at or before 14:00 p.m. on June 7, 2007 at the office of Perkins Coie, LLP, 131 South Dearborn Street, Suite 1700, Chicago, Illinois, 60603-5559.

Please produce the following:

(1) Any and all documents, records, communications, and materials relating to Dmitry Fasolyak.

(2) Any and all documents, records, communications, and materials relating to Marina Fasolyak.

(3) Any and all documents, records, communications, and materials relating to DM Consulting, LLC.

(4) Any and all documents, records, communications, and materials relating to any adoption of a child or children from the Russian Federation by an adoptive family from or resident in the United States of America that in any way involved, used, or relied on the services of The Cradle Society, Inc. and/or any division, affiliate, subsidiary, parent company or other person, business partner, co-venturer, agent, officer, director, trustee, shareholder, interest holder, member, and/or employee, whether or not foreign or domestic, of the The Cradle Society, Inc., and that was initiated, processed, managed, reviewed, or contemplated to any degree, or that was completed, or for which any application was received, or for which any portion of any home study was prepared, or for which any consular registration was obtained, after January 1, 2003.

(5) Any and all documents, records, communications, and materials relating to any adoption of a child or children from the Russian Federation by an adoptive family from or resident in the United States of America that in any way involved, used, or relied on your services and that was initiated, processed, managed, reviewed, or contemplated to any degree, or for which any application was received, or for which any portion of any home study was prepared, or for which any consular registration was obtained, after January 1, 2003.

(6) Any and all documents, records, communications, and materials relating to any program or activity of The Cradle Society, Inc. and/or of any division, affiliate, subsidiary, parent company or other person, business partner, co-venturer, agent,

officer, director, shareholder, interest holder, member, trustee and/or employee, whether or not foreign or domestic, that took place or was carried out to any degree after January 1, 2003, in or with relation to the Russian Federation.

(7) Any and all documents, records, communications, and materials relating to any of your activities in or with relation to the Russian Federation that took place or were carried out to any degree after January 1, 2003.

(8) Any and all documents, records, communications, and materials relating to any Valentina Krasnova.

(9) Any and all documents, records, communications, and materials relating to any Vladimir Savinov.

(10)   Any and all documents, records, communications, and materials relating to any office of The Cradle Society, Inc. in the Russian Federation.

(11)   Any and all documents, records, communications, and materials relating to any regional coordinator of The Cradle Society, Inc. in the Russian Federation.

(12)   Any and all documents, records, communications, and materials relating to any accreditation of The Cradle Society, Inc. or of any division, affiliate, subsidiary, parent company or other person, business partner, co-venturer, agent, officer, director, shareholder, interest holder, member, trustee, and/or employee of The Cradle Society, Inc. by and government agency or authority of the Russian Federation.