UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DMITRY FASOLYAK,**

      **Plaintiff,**

      **v.**                                        **Civil Action No.  06-01126 (TFH)**

**THE CRADLE SOCIETY, INC.,**

      **Defendant.**

## ORDER

Pending before the Court are the following motions filed by the defendant, The Cradle Society, Inc.: [5] Motion to Dismiss and [11] Defendant's Motion for Protective Order.  In addition, also pending before the Court is the following motion filed by the plaintiff, Dmitry Fasolyak:  [12] Plaintiff's Motion to Compel Discovery and Alternative Motion to Compel Rule 26(f) Conference and Motion for Emergency Hearing.  For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

**ORDERED** that the plaintiff's motion for jurisdictional discovery, which was raised in [6] Plaintiff's Memorandum Of Law In Opposition To Defendant's Motion To Dismiss, shall be **DENIED**.  It further is

**ORDERED** that, because this Court lacks personal jurisdiction over the defendant, the case shall be **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1631.  In light of this transfer, the defendant's [5] Motion to

Dismiss is rendered moot.[1]  Finally, it is

**ORDERED** that the Clerk of the Court **CLOSE** this case and transmit a copy of this order to all counsel and parties of record.

**SO ORDERED**.

July 19, 2007

/s/ *Thomas F. Hogan*
Thomas F. Hogan
Chief Judge

---

[1] The Court's decision to transfer this case pursuant to 28 U.S.C. § 1631 precludes granting the defendant's request for dismissal. *See Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, (1988) ("The statute confers on [a federal court] authority to make a single decision upon concluding that it lacks jurisdiction – whether to dismiss the case or, 'in the interest of justice,' to transfer it to a court . . . that has jurisdiction.").