UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DMITRY FASOLYAK,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**THE CRADLE SOCIETY, INC.,**<br><br>      **Defendant.** | Civil Action No.  06-01126 (TFH) |

## ORDER

      Pending before the Court are the following motions filed by the defendant, The Cradle Society, Inc.:  [5] Motion to Dismiss and [11] Defendant's Motion for Protective Order.  In addition, also pending before the Court is the following motion filed by the plaintiff, Dmitry Fasolyak:  [12] Plaintiff's Motion to Compel Discovery and Alternative Motion to Compel Rule 26(f) Conference and Motion for Emergency Hearing.  For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

      **ORDERED** that the plaintiff's motion for jurisdictional discovery, which was raised in [6] Plaintiff's Memorandum Of Law In Opposition To Defendant's Motion To Dismiss, shall be **DENIED**.  It further is

      **ORDERED** that, because this Court lacks personal jurisdiction over the defendant, the case shall be **TRANSFERRED** to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1631.  In light of this transfer, the defendant's [5] Motion to

Dismiss is rendered moot.[1]  Finally, it is

      **ORDERED** that the Clerk of the Court **CLOSE** this case and transmit a copy of this order to all counsel and parties of record.

      **SO ORDERED**.


July 19, 2007                                                  /s/ *Thomas F. Hogan*
                                                                 Thomas F. Hogan
                                                                    Chief Judge

---

[1] The Court's decision to transfer this case pursuant to 28 U.S.C. § 1631 precludes granting the defendant's request for dismissal. *See Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 818 (1988) ("The statute confers on [a federal court] authority to make a single decision upon concluding that it lacks jurisdiction – whether to dismiss the case or, 'in the interest of justice,' to transfer it to a court . . . that has jurisdiction.").